**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERNEST ENRIQUE VELEZ,

                Plaintiff,                  20 **CIVIL** 7286 (NSR) (AEK)

    -v-                           **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

               Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 15, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           November 16, 2021

                                                          **RUBY J. KRAJICK**
                                                            Clerk of Court
                                   **BY:**
                                                             Deputy Clerk